IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-00328-JLK**
                    **& 10-cr-00329-JLK**

**UNITED STATES OF AMERICA**,

           Plaintiff,

v.

**RICK JUSTIN SILL,**

           Defendant.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

        This matter is set for a Supervised Release Revocation Hearing on **November 3, 2010 at 10:00 a.m.**  The parties may appear before Judge Kane by videoconference from the Grand Junction courthouse.

---

Dated:  October 19, 2010