IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00328-JLK-01 and 10-cr-00329-JLK-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICK JUSTIN SILL,

    Defendant.

---

### ORDER CONTINUING SUPERVISED RELEASE

---

    THIS MATTER is before the Court for a review of the defendant's adjustment to supervised release following his admission to violating the terms and conditions of his supervised release on November 3, 2010. On that date, the defendant admitted to Violation Numbers 1, 2, and 3, as alleged in the probation officer's petition. Upon recommendation of the probation officer, and having heard from the parties, the Court continued the supervised release violation hearing until June 3, 2011. Having now been advised by the probation officer that the defendant has adjusted satisfactorily to the terms and conditions of his supervised release, it is

    ORDERED that the supervised release violation petitions filed by the probation officer on October 25, 2010, under Docket Numbers 10-cr-00328-JLK-01 and 10-cr-00329-JLK-01be dismissed. It is

    FURTHER ORDERED that the defendant shall be continued on supervised release and that all previously imposed conditions shall remain in full force and effect.

    DATED at Denver, Colorado, this 3rd day of June, 2011.

                                BY THE COURT:

                                _____
                                John L. Kane
                                Senior United States District Judge