# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number:  10-cr-00328-JLK-01 |
| RICK JUSTIN SILL | USM Number:  13512-081 |
| | Daniel Schaffer<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 7, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer | 04/06/2012 |
| 2 | Failure to Notify the Probation Officer of Any Change in Employment | 03/14/2012 |

The defendant is sentenced as provided in page 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

May 30, 2012
Date of Imposition of Judgment

*S/John L. Kane*
Signature of Judge

John L. Kane, Senior U.S. District Judge
Name & Title of Judge

June 6, 2012
Date

DEFENDANT:  RICK JUSTIN SILL
CASE NUMBER:  10-cr-00328-JLK-01                                                                Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Report to the Probation Officer and Submit a Truthful and Complete Written Report Within the First Five Days of Each Month | 03/01/2012 |
| 4 | Possession and Use of a Controlled Substance (Methamphetamine) | 04/05/2012 |
| 5 | Failure to Notify the Probation Officer Within Seventy-Two Hours of Being Questioned by a Law Enforcement Officer | 04/05/2012 |
| 6 | Association with Person(s) Engaged in Criminal Activity and With Any Person Convicted of a Felony Without Permission of the Probation Officer | 04/05/2012 |
| 7 | Association with Person(s) Engaged in Criminal Activity and With Any Person Convicted of a Felony Without Permission of the Probation Officer | 04/13/2012 |

DEFENDANT:  RICK JUSTIN SILL
CASE NUMBER:  10-cr-00328-JLK-01                                                                              Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twenty-four (24) months.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal